IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE on behalf of M.F., § | | |
|    *Plaintiff,* § | | |
| § | | |
| V. § | CIVIL ACTION NO. 4:19-CV-1297 | |
| § | | |
| HARRIS COUNTY PRECINCT SIX § | JURY DEMAND | |
| CONSTABLE SYLVIA TREVINO, ET AL. § | | |
|    *Defendants.* | | |

## LIST OF COUNSEL

**Defendants Harris County and Harris County Constable Sylvia Trevino**

Laura Beckman Hedge
Assistant County Attorney
State Bar No. 00790288
Federal ID No. 23243
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5137
Facsimile: (713) 755-8924
Laura.Hedge@cao.hctx.net

OF COUNSEL:
VINCE RYAN
HARRIS COUNTY ATTORNEY

**Plaintiff Jane Doe, on behalf of M.F.**

U.A. Lewis
The Lewis Law Group, PLLC
P.O. Box 27353
Houston, Texas 77227
Email: myattorneyatlaw@gmail.com

Debra V. Jennings
Law Office of Debra V. Jennings
6140 Hwy 6 # 269
Missouri City, Texas 77459
Email: lawyerdvj@yahoo.com

Respectfully submitted,

/s/ *Laura Beckman Hedge*

| | |
|---|---|
| OF COUNSEL: | LAURA BECKMAN HEDGE |
| | Assistant County Attorney |
| VINCE RYAN | State Bar No. 00790288 |
| HARRIS COUNTY ATTORNEY | Federal ID No. 23243 |
| | 1019 Congress, 15th Floor |
| | Houston, Texas 77002 |
| | Telephone: (713) 274-5137 |
| | Facsimile: (713) 755-8924 |
| | Laura.Hedge@cao.hctx.net |

ATTORNEY FOR DEFENDANTS
HARRIS COUNTY & HARRIS COUNTY
CONSTABLE SYLVIA TREVINO

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

**Attorneys for Plaintiff**
U.A. Lewis
The Lewis Law Group, PLLC
P.O. Box 27353
Houston, Texas  77227
Email: myattorneyatlaw@gmail.com

Debra V. Jennings
Law Office of Debra V. Jennings
6140 Hwy 6 # 269
Missouri City, Texas  77459
Email: lawyerdvj@yahoo.com

/s/ *Laura Beckman Hedge*
LAURA BECKMAN HEDGE
Assistant County Attorney