**CAUSE NO. 2019-19321**

| | | |
|---|---|---|
| JANE DOE on behalf of M.F., § | | IN THE DISTRICT COURT |
| *Plaintiff*, § | | |
| § | | |
| v. § | | HARRIS COUNTY, TEXAS |
| § | | |
| HARRIS COUNTY PRECINCT SIX § | | |
| CONSTABLE SYLVIA TREVINO, ET § | | 281st JUDICIAL DISTRICT |
| AL. | | |
| *Defendants.* | | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To: Plaintiff, Jane Doe, by and through her attorney of record, U.A. Lewis, The Lewis Law Group, PLLC, P.O. Box 27353, Houston, Texas 77227, email: myattorneyatlaw@gmail.com

Marilyn Burgess, District Clerk of Harris County, Texas

You are hereby notified that on the 9th day of April, 2019, the Notice of Removal of this cause, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Houston Division. The cause was docketed as Civil Action No. 4:19-CV-1297.

Respectfully submitted,

VINCE RYAN
HARRIS COUNTY ATTORNEY

*/s/ Laura Beckman Hedge*
**Laura Beckman Hedge**
Assistant County Attorney
State Bar No. 00790288
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5137
Facsimile: (713) 755-8924
laura.hedge@cao.hctx.net
**ATTORNEY FOR DEFENDANTS**

**HARRIS COUNTY CONSTABLE SYLVIA TREVINO & HARRIS COUNTY**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2019, a true and correct copy of the foregoing document was served by email, facsimile and/or certified mail to:

**Attorneys for Plaintiff**
U.A. Lewis
The Lewis Law Group, PLLC
P.O. Box 27353
Houston, Texas 77227
Email: myattorneyatlaw@gmail.com

Debra V. Jennings
Law Office of Debra V. Jennings
6140 Hwy 6 # 269
Missouri City, Texas 77459
Email: lawyerdvj@yahoo.com

                                      */s/ Laura Beckman Hedge*
                                      Laura Beckman Hedge
                                      Assistant County Attorney