# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **JANE DOE on behalf of M.F.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:19-CV-1297** |
| | § | |
| **HARRIS COUNTY PRECINCT SIX** | § | **JURY DEMAND** |
| **CONSTABLE SYLVIA TREVINO, ET AL.** | § | |
| *Defendants.* | § | |

## INDEX OF MATTERS FILED UPON REMOVAL

The following documents appear in the file of the case styled *Jane Doe, on behalf of M.F. v. Harris County, et al.*, Cause No. 2019-19321, in the 281st Judicial District Court of Harris County, Texas, certified copies of which are attached[1]:

1. Docket Sheet
2. Plaintiff's Original Petition
3. Civil Process Pick-up Form
4. Return of Service for Constable Sylvia Trevino
5. Refused acceptance of citation for Brandin Gilspy[2]
6. Certified Mail Tracking and Receipts

---

[1]      As of the time of this filing, the State District Court file does not contain all of the executed process in this case and therefore cannot be filed at this time. Defendants will supplement this filing, if and when they are filed in the state court.

[2]      Brandin Gilspy is currently in jail at a TDCJ unit -- he is not at 3900 Canal Street, Houston, Texas (the address to which his citation was issued). This is the address for Harris County Constable Precinct 6.

Respectfully submitted,

**/s/ *Laura Beckman Hedge***

OF COUNSEL:

VINCE RYAN
HARRIS COUNTY ATTORNEY

LAURA BECKMAN HEDGE
Assistant County Attorney
State Bar No. 00790288
Federal ID No. 23243
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5137
Facsimile: (713) 755-8924
Laura.Hedge@cao.hctx.net

**ATTORNEY FOR DEFENDANTS
HARRIS COUNTY & HARRIS COUNTY
CONSTABLE SYLVIA TREVINO**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

**Attorneys for Plaintiff**
U.A. Lewis
The Lewis Law Group, PLLC
P.O. Box 27353
Houston, Texas 77227
Email: myattorneyatlaw@gmail.com

Debra V. Jennings
Law Office of Debra V. Jennings
6140 Hwy 6 # 269
Missouri City, Texas 77459
Email: lawyerdvj@yahoo.com

**/s/ *Laura Beckman Hedge***
LAURA BECKMAN HEDGE
Assistant County Attorney

**HCDistrictclerk.com**    JANE DOE (ON BEHALF AND ALSO KNOWN AS M F)    4/9/2019
vs. TREVINO, SYLVIA
Cause: 201919321      CDI: 7      Court: 281

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 84714207 | Return Mail Undeliverable | | 04/01/2019 | 19 |
| 84714203 | Citation | | 03/29/2019 | 2 |
| 84649037 | Certified Mail Receipt | | 03/27/2019 | 1 |
| 84649038 | Certified Mail Receipt | | 03/27/2019 | 1 |
| 84649041 | Certified Mail Receipt | | 03/27/2019 | 1 |
| 84589909 | Certified Mail Tracking # 7018 2290 0001 3523 5776 | | 03/25/2019 | 2 |
| 84589914 | Certified Mail Tracking # 7018 2290 0001 3523 5783 | | 03/25/2019 | 2 |
| 84589917 | Certified Mail Tracking # 7018 2290 0001 3523 5769 | | 03/25/2019 | 2 |
| 84367159 | Civil Process Request | | 03/18/2019 | 3 |
| 84350765 | Original petition jury demand and request for disclosure | | 03/15/2019 | 16 |

# 2019-19321 / Court: 281

CAUSE NO._____

For Official Governmental Use Only – Do Not Disseminate to the Public: 84350765 – Page 1 of 16

| | | |
|---|---|---|
| JANE DOE on behalf of M.F., | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY PRECINCT SIX | § | _____ TH JUDICIAL DISTRICT |
| CONSTABLE SYLVIA TREVINO, | § | |
| BRANDIN GLISPY, and HELIODORO | § | |
| MARTINEZ, | § | |
| In their individual capacities, | § | |
| HARRIS COUNTY, and THE LYND | § | HARRIS COUNTY, TEXAS |
| COMPANY, | § | |
| *Defendants* | § | |
| | § | |

## ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, Jane Doe on behalf and also known as M.F. ("Doe") in the above-styled and numbered cause, and files this, her Original petition, complaining of Harris County Constables Sylvia Trevino ("Trevino"), and Heliodoro Martinez ("Martinez") in their individual capacities and former Harris County Precinct Six Deputy Constable, Brandin Glispy ("Gilspy"), in his individual capacity and The Lynd Company ("Lynd") for cause of action would show as follows:

### I. INTRODUCTION

Former Juvenile Detention Officer and Harris County constable sexually assaulted multiple women, including Pregnant woman during a traffic stop. He was hired by Constable Heliodoro Martinez, He remained on the job as a Deputy, for Constable Sylvia Trevino and worked as an off-duty officer for Lynd Property Management,

each were aware of the complaints by other women of sexual abuse, but failed to terminate or report him for his proclivities which allowed his spree to continue. Glispy's misdeeds were ultimately reported by his victim herein, he tried and convicted of sexual assault and sentenced to 8 yrs in TDCJ. Glispy is one of two Harris County Precinct Six Deputy Constables recently accused of sexually assaulting woman while acting under the color of law, Edward Joe Mata was the latest deputy indicted. The Plaintiff has suffered extreme pain and suffering, and mental anguish as a result of the defendants actions, and inactions.

## II. JURISDICTION AND VENUE

1.      The subject matter in controversy is within the jurisdictional limits of this court. This court has jurisdiction over the parties because Defendants are Texas residents.

2.      Venue is proper because all Defendants in this action are residents of Harris County, Texas or do business in this State.  Venue is also proper because a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in this judicial district—i.e., at 5800 Martin Luther King  Drive, Houston, Texas 77021.  Therefore, venue is proper.

3.      All conditions precedent to filing this lawsuit have been met.

### III.      PARTIES

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 2 of 16

4. The Plaintiff, M.F., Doe herein is an individual who resides in Harris County, Texas.

5. Defendant, Sylvia Trevino was at all times relevant to this action the duly elected Constable of Harris County Texas. She was employed by Harris County as a Constable of the Harris County Constable's office. Defendant, Sylvia Trevino is sued in her individual capacity, acting under color of law. Constable Trevino is a "person" under 42 U.S.C. § 1983 and at all times relevant to this case acted under color of law. She is a county policy maker with respect to policies, custom, practices and procedures at the Harris County Constable's Office. Defendant, Harris County Constable Sylvia Trevino was acting in the course and scope of her employment with defendant, Harris county as a constable caused the injuries which are the subject of the claim; She may be served with process wherever she may be found.

6. Defendant, Harris County is a unit of local government organized under the laws of the State of Texas. Defendant is a "person" under 42 U.S.C. § 1983 and at all times relevant to this case acted under color of law. Harris County may be served with process by serving the duly elected County Judge of Harris County, Lina Hidalgo, at , Houston, Texas 77002.

7. Defendant, Heliodoro Martinez is a former employee of the Harris County Constable, he is being sued in his individual capacity, as a supervisor, who was acting in the course and scope of his employment with defendant, Harris county. He is an individual while acting under color of law and acting in his individual capacity

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 3 of 16

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 4 of 16

as a deputy constable and supervisor of Brandin Gilspy, acting in the course and scope of his duties caused the injuries which are the subject of the claim; may be served with process wherever he may be found.

8.      Defendant, Lynd Company, is a management company that can is located at 8000 INTERSTATE HIGHWAY 10 #1200 SAN ANTONIO TX; Defendant, Lynd Company may be served with process through its registered agent SECRETARY OF THE STATE, 30 TRINITY STREET, HARTFORD, CT 06106-1634.

9.      Defendant, Brandin Glipsy is a former employee of the Harris County Constable, he is being sued in his individual capacity, who was acting in the course and scope of his employment with defendant, Harris county. He is an individual while acting under color of law and acting in his individual capacity as a deputy constable caused the injuries which are the subject of the claim; may be served with process and may be served with process wherever he may be found.

## IV. FACTS

10.     The Plaintiff was a pregnant mother looking forward to the upcoming birth of her third child.

11.     On or about April 24, 2017 at 9 pm a Harris County Constable Brandin Glispy sexually assaulted the pregnant woman during the course of what was suppose to be a routine traffic stop in Houston in 2017.

12.     Constable Glispy was driving a marked patrol car with insignia of the Constable office.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 5 of 16

13.     The driver was advised the reason or purpose for the traffic stop was she had a broken headlight, as is required by law.

14.     Rather than give her a ticket he told the expecting mother to stand outside of the vehicle in the 5800 block of Martin Luther King, but eventually allowed to her leave without a ticket or warning.

15.     Constable Glispy then stopped her a second time but he saw people milling about so he allowed her to continue on.

16.     He stopped her a third time and directed her to a dark secluded gravel lot next to an abandoned building.

17.     Concerned but wanting to comply with the officer's command she pulled into the dark parking lot.

18.     The officer then used his constable vehicle to obstruct the view of the woman from the street traffic.

19.     He exited his vehicle wearing his full uniform, including his gun.

20.     He also requested she perform oral sex; however, she refused.

21.     Constable Glispy began to frisk the female detainee

22.     He became to grope her body then penetrate her vagina.

23.     Shocked by what was happening to her she looked for a badge number or name but neither was visible.

24.     During the entire exchanged he managed to conceal his name and number badge.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 6 of 16

25. After he was finished, but before he allowed her to leave, he hand wrote his phone number on a piece of paper from his constable notepad and provided it to the pregnant woman.

26. Although she was upset, she gladly accepted his phone number for the purpose of identifying him later.

27. She was allowed to leave without further incident.

28. No arrest, no citation, no paperwork noting that the detention ever took place.

29. The Plaintiff still in shock arrived home and immediately called 911 and reported the sexual assault to the operator.

30. Deputy Glispy was arrested and later charged with sexual assault on July 5, 2017.

31. At trial, a jury sentenced Glispy to eight years in prison.

32. It took less than 3 hours to reach a verdict.

33. According to prosecutors Brandin Glispy assaulted at least two women in the six months he was on the job.

34. There may be more women assaulted by Gilspy, since he worked at the juvenile detention center, and for Houston Housing authority .

35. Gilspy had a reputation around Heatherbrook apartments where he held an off duty extra job assignment of sexually harassing female tenants.

36. Four months earlier in January 2017, the deputy cornered another woman in the restroom of a Popeye's chicken restaurant.

For Official Governmental Use Only – Do Not Disseminate to the Public: 84350765 – Page 7 of 16

37. He sexually assaulted her, and then attempted to force his first known victim to perform oral sex, prosecutors said.

38. Then she was able to get away, and she testified against Glispy during the punishment phase of his trial for the sexual assault of the Plaintiff.

39. She also reported his actions to Heatherbrook apartment management, Lynd.

40. Although the victim in the previous incident of sexual assault reported to Lynd management, nothing was done to Glispy; he was allowed to stay out there and hunt for other women.

41. The county inaction amounted to ratifying, accepting and condoning the criminal conduct of Glispy.

42. With a license to continue, Glispy sexually assaulted the pregnant The Plaintiff.

43. He remained on duty for three additional days after the last allegation.

44. Lynd Company concealed the sexaul harrasment and assualt allegations against Gilspy, thereby ratifying his conduct.

45. Defendants are jointly and severally liable for the injuries and damages sustained by Plaintiff.

## V. BRANDIN GLISPY LIABILITY FOR CIVIL RIGHTS VIOLATIONS UNDER SECTION 1983

46. Plaintiff incorporates herein the facts in the preceding numbered-paragraph four.

47.

## VI. HARRIS COUNTY LIABILITY CIVIL RIGHTS VIOLATIONS UNDER SECTION 1983

48.     Plaintiff incorporates herein the facts in the preceding paragraphs.

49.     Failure to train, or re-train, failure to discipline

## VII. RATIFICATION---HARRIS COUNTY

50.     Plaintiff incorporates herein the facts in the preceding paragraphs.

51.     Harris County fully investigated the sexual assault allegations of Glispy, including the assault in January 2017 in the Popeye's restaurant, yet it did nothing to discipline any of their employees involved.

52.     Despite certainly knowing of the outrageous behavior of Brandin Glispy sexually assaulting and stalking another female nothing was done to discipline anyone involved thereby constituting ratification of the actions and inactions.

## VIII. HARRIS COUNTY'S LIABILITY UNDER MONELL CLAIM, CUSTOM, POLICY, PATTERN AND PRACTICE

53.     Plaintiff incorporates herein the facts in the preceding paragraphs.

54.     Brandin Glispy committed the same type of wrongful sexual conduct and had the propensity for engaging in future sexual misconduct.

55.     Harris County was informed of the previous sexual assault in the Popeye's Restaurant and did nothing to Brandin Glipsy in January 2017 when they were informed and placed on notice of the first sexual assault.

56.     Yet, Harris county did nothing to Brandin Gilspy; resulting in the additional sexual assaults. Harris County ratified and condoned the sexual conduct of Constable Glispy.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 8 of 16

57. Harris County has a custom, policy, practice and procedure of:

condoning criminal conduct of its deputies including the stopping and frisking of citizens, without probable cause or a reasonable suspicions of a criminal violation of the law or the sexual misconduct.

58. Failing to adequately train or re-train or regularly train in its constables in conducting traffic stops, permissible searches and seizures, impremissible searches and seizures.

59. Allowing deputies accused of sexual misconduct to continue to work as deputies.

60. Hiring unqualified deputies or deputy's with a propensity to violate Constitutional rights.

61. Failing to have the proper policies in place to prevent the constitutional violations suffered by Plaintiff as herein described;

62. Multiple instances of sexual misconduct by Harris County and the constables and deputies of the Harris County Constable's establishes that Harris County is legally responsible for the continuous conduct of Brandin Glispy.

63. Conduct that Harris County was on notice of prior sexual assaults claims against its Constable Brandin Glispy.

IX. HARRIS COUNTY CONSTABLE SYLVIA TREVINO'S SUPERVISOR LIABILITY

64. Plaintiff incorporates herein the preceding facts in preceding paragraphs.

65. The following acts or omissions of supervisor, Constable Sylvia Trevino violated The Plaintiff's constitutional rights:

For Official Governmental Use Only – Do Not Disseminate to the Public: 84350765 – Page 9 of 16

66.     She participated directly in the alleged constitutional violation by failing to train and re-train her deputies authorizing the illegal traffic stop frisking of The Plaintiff;

67.     Constable Trevino failed to remedy the wrong after being informed of the prior violations by Glispy;

68.     She created promulgated a policy and custom under which unconstitutional practices occurred the stop and frisk in a routine traffic stop, the failure to train and discipline for sexual misconduct , or allowed the continuance of such a policy or custom;

69.     Constable Sylvia Trevino grossly failed to adequately supervise subordinate, Brandin Glispy, who committed the wrongful acts including the traffic stop and frisk without the requisite level of reasonable suspicion, and resulting in the commission of the sexual acts; or

70.     She exhibited deliberate indifference to the rights of the plaintiff by failing to act on information indicating that unconstitutional acts were occurring specifically, information of the prior sexual assault of the first female victim by Harris County Constable Brandin Glispy at the Popeye's Restaurant, in January 2017, resulting in the subsequent sexual assault of the Plaintiff.

## X. HARRIS COUNTY CONSTABLE HELIODORO MARTINEZ' SUPERVISOR LIABILITY

71.     Plaintiff incorporates herein the facts in the preceding paragraphs.

*FAILURE TO TRAIN, RETRAIN OR DISCIPLINE & SUPERVISOR LIABILITY*

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 10 of 16

For Official Governmental Use Only – Do Not Disseminate to the Public: 84350765 – Page 11 of 16

72.     Martinez as policymaker and supervisor of Defendant, Gilspy, he failure to provide the proper training to the deputy personnel is actionable as the cause of harm to plaintiff. A municipality's policy of failure to train" his personnel can give rise to liability under 42 U.S.C. § 1983.52.

73.     Plaintiff incorporates herein the facts in preceding paragraphs.

74.     The following acts or omissions of immediate supervisor, Harris County Constable Heliodoro Martinez violated Mrs. The Plaintiff's constitutional rights:

75.     He participated directly in the alleged constitutional violation by failing to adequately train, regularly train, failure to hire qualified constable;

76.     Failed to remedy the wrong after being informed of the violation  prior violations, involving sexual assaults by Constable Glispy, including one in January 2017;

77.     Constable Martinez created a policy or custom under which unconstitutional practices occurred the stop and frisk in a traffic stop without any reasonable suspicion or probable cause for the stop,

78.     The failure to train and discipline for sexual misconduct), or allowed the continuance of such a policy or custom;

79.     Constable Heliodoro Martinez was grossly negligent in supervising subordinates (Brandin Glispy) who committed the wrongful acts; or

80.     He exhibited deliberate indifference to the rights of the plaintiff by failing to act on information indicating that unconstitutional acts were occurring  prior

violations, involving sexual assaults by Constable Glispy, including one in January 2017;

81.     Constable Martinez failed to remedy the wrong after being informed of the prior violations, involving sexual assaults by Constable Glispy, including one in January 2017;

82.     He created a policy or custom under which allowed the unconstitutional practices occurred the stop and frisk in a traffic stop without any reasonable suspicion or probable cause for the frisk by a male officer on a female detainee, the failure to train and discipline for sexual misconduct , or allowed the continuance of such a policy or custom;

83.     The actions of each Defendants was the 'moving force' behind the constitutional violation suffered by Plaintiff.

## XII. LIABILITY OF LYND COMPANY NEGLIGENCE/GROSS NEGLIGENCE

84.     Plaintiff incorporates herein the facts in the preceding paragraphs.

85.     Defendant, Lynd Company had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to the facts described herein.

86.     The Plaintiff injuries were proximately caused by Defendant's negligent, careless, reckless and outrageous behavior of its agent Benita Albert.

87.     Benita Albert an agent of Lynd Company tasked with the responsibility of managing Heatherbrook apartment was aware of Gilspy's abhorrent behavior but

For Official Governmental Use Only – Do Not Disseminate to the Public: 84350765 – Page 12 of 16

did nothing to stop it, prevent it, or report it. Lynd assisted him a by concealing his predatory actions after her tenant, Ms. Regains reported him to her management company employee Albert.

88.     Lynd owed a duty to the general public including the Plaintiff to warn about its off duty officer's criminal behavior.

## XIII. DEMAND FOR JURY TRIAL

89.     Plaintiff hereby demands a trial by jury pursuant to FRCP 5(d) and 38(b).

## XIX. REQUEST FOR DISCLOSURE PURSUANT TO TEX. R. CIV. PROC. RULE 194

90.     Plaintiff seeks disclosures from each defendant in this case.

## XX. DAMAGES

91.     As a result of Defendant's conduct, Plaintiff seek relief for damages which includes, but is not limited to: (1) compensatory damages, actual damages, general damages against each Defendant, jointly and severally, in the amount proven at trial.

92.     Plaintiff seeks  (2) punitive damages as allowed by law, (3) court costs, expenses, expert witness fees and attorney's fees under Texas Civil Practice and Remedies Code and 42 U.S.C. §§ 1988 and 1983; (4) prejudgment and postjudgment interest as allowed by law; and (5) such other relief, legal or equitable, as may be warranted or to which Plaintiff is entitled.

93.     Harris county be made to apologize and to promulgate, adopt, train, maintain and enforce appropriate policies to prevent future instances of the type of sexual

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 13 of 16

misconduct described herein; (6) Mental Anguish suffered by The Plaintiff during the sexual assault until the present; (7) Mental Anguish sustained by Plaintiff's children as a result of the sexual assault of his daughter including, but not limited to pain, the emotional pain, torment, and suffering that Plaintiff, would, in reasonable probability experience from the incident.

94.     Physical pain and suffering sustained by The Plaintiff from the time of the sexual assault to its conclusion;

95.     Reasonable and necessary medical expenses, from the time of the incident.

## XXI. PUNITIVE DAMAGES

96.     Plaintiff request punitive damages against Harris County Constable, Sylvia Trevino, Brandi Gilspy, Heliodoro Martinez, Lynd Company in amount be determined at trial; Punitive damages based on the willful, reckless and malicious conduct of defendants. The acts were done recklessly or with callous indifference to the constitutionally protected rights of Plaintiff.

97.     Plaintiff sexual assault resulted from the joint and several acts of Defendants for which Plaintiff seeks punitive damages from Harris County, Harris County Constable, Sylvia Trevino in an amount appropriate to punish each individual Defendant, and deter others from engaging in similar conduct; Award punitive damages against Sylvia Trevino, Harris County Constable and Harris County and Lynd Company in an amount shown at trial.

## XIII. PRESERVATION OF EVIDENCE/SPOLIATION NOTICE

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 14 of 16

98. Plaintiff sent a letter of preservation on or about March 14, 2019, and hereby request and demand that Defendant's preserve and maintain all evidence pertaining to any claim or defense related to the incident made the basis of this lawsuit, or the damages resulting therefrom. Failure to maintain such items shall constitute a "spoliation" of the evidence.

XIV. <u>PRAYER</u>

99. WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully pray that Defendants Brandin Glispy, Sylvia Trevino, Heliodoro Martinez, Harris County Constables, appear and answer herein, and that upon a final hearing of this cause, that judgment be entered for the Plaintiff and against Defendants, both jointly and severally, for all damages requested herein, together with prejudgment and post-judgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which Plaintiff may be entitled at law or in equity.

100. Punish each individual Defendant, and deter others from engaging in similar conduct;

101. Plaintiff asserts that her sexual assault was the result of government actors, Sylvia Trevino, Brandin Glispy, Heliodoro Martinez, Harris County Constables, Harris County and its Policy makers and the harm suffered was the result of Defendants' willful, reckless, malicious conduct motivated by evil motive or intent, or done recklessly or with callous indifference to the constitutionally protected rights of Plaintiff, and hereby entitles Plaintiff to punitive/exemplary damages.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 15 of 16

Equitable relief, including, without limitation, that Harris County and Constables Trevino, Glispy and Martinez be made to apologize and to promulgate, adopt, train, maintain and enforce appropriate policies to prevent future instances of the type of sexual misconduct described herein; Such other relief, including injunctive and/or declaratory relief, as the court may deem proper.

Respectfully Submitted,
The Lewis Law Group, PLLC
By: /s/ U.A. Lewis
U.A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
Email: myattorneyatlaw@gmail.com
Attorney-in-charge

/s/Debra V. Jennings
Debra V. Jennings
SBN: 10631850
Law Office of Debra V. Jennings
Debra V. Jennings
6140 HWY 6, # 269
Missouri City, Texas 77459
Telephone (832) 230-4455
Facsimile: (832) 230-4452
Email: lawyerdvj@yahoo.com

For Official Governmental Use Only - Do Not Disseminate to the Public: 84350765 - Page 16 of 16



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84350765 Total Pages:  16

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** __201919321__      **CURRENT COURT:** ____281____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): **ORIGINAL PETITION/CITATION**

**FILE DATE OF MOTION:** __03__ / __13__ / __2019__
                        Month/      Day/      Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.    NAME: __Sylvia Trevino__

    ADDRESS: __5900 Canal Street Houston, Texas 77011__

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

    **SERVICE BY** (*check one*):

    ☐ **ATTORNEY PICK-UP**    ☑ **CONSTABLE**

    **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____

    ☐ **MAIL**    ☐ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**

    Type of Publication:    ☐ **COURTHOUSE DOOR, or**

                        ☐ **NEWSPAPER OF YOUR CHOICE:**
                              _____

    ☐ **OTHER**, *explain* _____

******************************************************************************* ****

2.    NAME: __Brandin Glipsy__

    ADDRESS: __5900 Canal Street Houston, Texas 77011__

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): __ORIGINAL PETITION/CITATION__

    **SERVICE BY** (*check one*):

    ☐ **ATTORNEY PICK-UP**    ☐ **CONSTABLE**

    **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____

    ☐ **MAIL**    ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**

    **PUBLICATION:**

    Type of Publication:    ☐ **COURTHOUSE DOOR, or**

                        ☐ **NEWSPAPER OF YOUR CHOICE:**

    ☐    _____

    **OTHER**, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: __U.A. LEWIS__      TEXAS BAR NO./ID NO: __24076511__

MAILING ADDRESS: __PO BOX 27353 HOUSTON, TX 77227__

PHONE NUMBER: __713-570-6555__ FAX NUMBER: __713-581-1017__

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

For Official Governmental Use Only - Do Not Disseminate to the Public: 84367159 - Page 1 of 3

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** 201919321          **CURRENT COURT:** 281

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** 03 / 13 / 2019
              Month/     Day/     Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.   NAME: Heliodoro Martinez
     ADDRESS: 303 James St. Houston, Texas 77009-8324
     AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**      ☑ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**      ☐ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ Type of Publication:     ☐ **COURTHOUSE DOOR, or**
-        ☐ **NEWSPAPER OF YOUR CHOICE:**
-      _____
- ☐ **OTHER,** *explain* _____

************************************************************************************ ****

2.   NAME: Lynd Company
     ADDRESS: 8900 Interstate Highway 10 #1200 San Antonio, Tx
     AGENT, (*if applicable*): Secretary of State, 30 Trinity Street Hartford, CT 06106-1634

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**      ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**      ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
-    **PUBLICATION:**
- ☐ Type of Publication:     ☐ **COURTHOUSE DOOR, or**
-        ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ _____
-    **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: U.A. LEWIS          TEXAS BAR NO./ID NO: 24076511

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

For Official Governmental Use Only - Do Not Disseminate to the Public: 84367159 - Page 2 of 3

# CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** 201919321                **CURRENT COURT:** 281

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** 03 / 13 / 2019
                      Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.   NAME: Harris County

   ADDRESS: 1001 Preston, Suite 911

   AGENT, (*if applicable*): c/o Harris County Judge Lina Hildalgo

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
☐ **MAIL**               ☒ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
   Type of Publication:      **COURTHOUSE DOOR,  or**
                    ☐  **NEWSPAPER OF YOUR CHOICE:**
                    ☐  _____

☐ **OTHER**, *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*

2.   NAME: _____

   ADDRESS: _____

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
☐ **MAIL**               ☐ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
   **PUBLICATION:**
   Type of Publication:      ☐  **COURTHOUSE DOOR,  or**
                    ☐  **NEWSPAPER OF YOUR CHOICE:**
☐  _____

   **OTHER**, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: __. U.A. LEWIS_____ TEXAS BAR NO./ID NO: 24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

For Official Governmental Use Only - Do Not Disseminate to the Public: 84367159 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84367159 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7018 2290 0001 3523 5769

P2

CAUSE NO. 201919321

RECEIPT NO.                 75.00      CTM

\* \* \* \* \* \* \* \* \*      TR # 73605628

| | |
|---|---|
| PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M F) <br> vs. <br> DEFENDANT: TREVINO, SYLVIA | In The   281st <br> Judicial District Court <br> of Harris County, Texas <br> 281ST DISTRICT COURT <br> Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: HARRIS COUNTY MAY BE SERVED BY SERVING HARRIS COUNTY JUDGE LINA
    HIDALGO

    1001   PRESTON SUITE 911   HOUSTON TX 77002

    Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 15th day of March, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 25th day of March, 2019, under my hand and
seal of said Court.

Issued at request of:
LEWIS, U. A.
PO BOX 27353
HOUSTON, TX 77227
Tel: (713) 570-6555
Bar No.: 24076511

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA  HWF//11188494

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____

_____

(a) ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
    return receipt incorporated herein and attached
    hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 84589917 - Page 1 of 2

N.INT.CTTM.P

*73605628*

*7018 2290 0001 3523 5769*

CAUSE NO. 201919321

RECEIPT NO.                                          75.00        CCM
          **********

                                          TR # 73605628

| PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M F) | In The    281st |
| vs.                                                    | Judicial District Court |
| DEFENDANT: TREVINO, SYLVIA                              | of Harris County, Texas |
|                                                        | 281ST DISTRICT COURT |
|                                                        | Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: HARRIS COUNTY MAY BE SERVED BY SERVING HARRIS COUNTY JUDGE LINA
    HIDALGO

    1001 PRESTON SUITE 911   HOUSTON TX 77002

    Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 15th day of March, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 25th day of March, 2019, under my hand and
seal of said Court.

Issued at request of:
LEWIS, U. A.
PO BOX 27353
HOUSTON, TX 77227
Tel: (713) 570-6555
Bar No.: 24076511



MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA  HWP//11188494

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of   this   citation   together   with   an   attached   copy   of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____   _____

_____   _____

(a)ADDRESSEE

_____   _____   _____

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
    return receipt incorporated herein and attached
    hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____
_____   _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____. _____, Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 84589917 - Page 2 of 2

N.INT.CITM.P

*73605628*



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84589917 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

7018 2290 0001 3523 5783

CAUSE NO. 201919321

RECEIPT NO. 75.00 CTM
********** TR # 73605631

PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M F)
vs.
DEFENDANT: TREVINO, SYLVIA

In The 281st
Judicial District Court
of Harris County, Texas
281ST DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: GLIPSY, BRANDIN
WHEREVER HE MAY BE FOUND

5900 CANAL STREET    HOUSTON TX 77011

Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 15th day of March, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 25th day of March, 2019, under my hand and seal of said Court.

Issued at request of:
LEWIS, U. A.
PO BOX 27353
HOUSTON, TX  77227
Tel: (713) 570-6555
Bar No.: 24076511

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA RWP//11188494

CLERK'S RETURN BY MAILING

For Official Governmental Use Only - Do Not Disseminate to the Public: 8458991 4 - Page 1 of 2

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE to the following addressee at address:

_____

_____

(a)ADDRESSEE
_____

ADDRESS

Service was executed in accordance with Rule 106
(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

on _____ day of _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N.INF.CITM.P

*73605631*

7018 2290 0001 3523 5783

CAUSE NO. 201919321

RECEIPT NO.                                    75.00      CTM
            **********                    TR # 73605631

PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M F) | In The 281st
                     vs.                                 | Judicial District Court
DEFENDANT: TREVINO, SYLVIA                               | of Harris County, Texas
                                                         | 281ST DISTRICT COURT
                                                         | Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris


TO: GLIPSY, BRANDIN
     WHEREVER HE MAY BE FOUND

     5900 CANAL STREET   HOUSTON TX 77011

     Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE


This instrument was filed on the 15th day of March, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 25th day of March, 2019, under my hand and
seal of said Court.



                                              Marilyn Burgess
Issued at request of:                         MARILYN BURGESS, District Clerk
LEWIS, U. A.                                  Harris County, Texas
PO BOX 27353                                  201 Caroline, Houston, Texas 77002
HOUSTON, TX 77227                             (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 570-6555
Bar No.: 24076511                             Generated By: MOMON, RHONDA  HWP//11188494

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

                                              ADDRESS
_____   _____

                                              Service was executed in accordance with Rule 106
_____   _____          (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                       return receipt incorporated herein and attached
                                                   hereto at
_____

                                              on _____ day of _____, _____
                                              by U.S. Postal delivery to _____

                                              This citation was not executed for the following
                                              reason: _____
                                              _____

                                              MARILYN BURGESS, District Clerk
                                              Harris County, TEXAS

                                              By _____, Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 8458994 - Page 2 of 2

N.INT.CITM.P

*73605631*



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84589914 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

7018 2290 0601 3523 5776 P2

CAUSE NO. 201919321

RECEIPT NO.                                    75.00        CTM
         *********                         TR # 73605624

| | |
|---|---|
| PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M T) | In The    281st |
| vs. | Judicial District Court |
| DEFENDANT: TREVINO, SYLVIA | of Harris County, Texas |
| | 281ST DISTRICT COURT |
| | Houston, TX |

## CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LYND COMPANY MAY BE SERVED BY SERVING THE SECRETARY OF STATE
    30 TRINITY STREET HARTFORD CT 06106-1634
    FORWARD TO:

    8900  INTERSTATE HIGHWAY 10 #1200   SAN ANTONIO  TX

    Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 15th day of March, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 25th day of March, 2019, under my hand and
seal of said Court.

Issued at request of:                        MARILYN BURGESS, District Clerk
LEWIS, U. A.                                 Harris County, Texas
PO BOX  27353                                201 Caroline, Houston, Texas 77002
HOUSTON, TX  77227                           (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 570-6555
Bar No.: 24076511                            Generated By: MOMON, RHONDA  HWP//11188494

### CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____          ADDRESS

_____          Service was executed in accordance with Rule 106
_____          (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                  return receipt incorporated herein and attached
                                              hereto at

                                         on _____ day of _____, _____
                                         by U.S. Postal delivery to _____

                                         This citation was not executed for the following
                                         reason: ___ _____

                                         MARILYN BURGESS, District Clerk
                                         Harris County, TEXAS

                                         By _____, Deputy

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

N.INT.CITM.P

*73605624*

7018 2290 0001 3523 5776

CAUSE NO. 201919321

RECEIPT NO.                                    75.00        CTM
                    **********                  TR # 73605624

PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS H F)          In The    281st
                          vs.                                  Judicial District Court
DEFENDANT: TREVINO, SYLVIA                                     of Harris County, Texas
                                                              281ST DISTRICT COURT
                                                              Houston, TX

                              CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: LYND COMPANY MAY BE SERVED BY SERVING THE SECRETARY OF STATE
    30 TRINITY STREET HARTFORD CT 06106-1634
    FORWARD TO:

    8900 INTERSTATE HIGHWAY 10 #1200  SAN ANTONIO TX

    Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 15th day of March, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 25th day of March, 2019, under my hand and
seal of said Court.



Issued at request of:                         MARILYN BURGESS, District Clerk
LEWIS, U. A.                                  Harris County, Texas
PO BOX 27353                                  201 Caroline, Houston, Texas 77002
HOUSTON, TX  77227                            (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 570-6555
Bar No.: 24076511                             Generated By: MOMON, RHONDA  HWP//11288494

                          CLERK'S RETURN BY MAILING

For Official Governmental Use Only - Do Not Disseminate to the Public: 84589909 - Page 2 of 2

Came to hand the _____ day of _____ , _____ , and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____          _____

                                           ADDRESS
_____
(a) ADDRESSEE                              Service was executed in accordance with Rule 106
                                               (2) TRCP, upon the Defendant as evidenced by the
_____              return receipt incorporated herein and attached
                                               hereto at

                                           on _____ day of _____ , _____
                                           by U.S. Postal delivery to _____

                                           This citation was not executed for the following
                                           reason: _____

                                           _____

                                           MARILYN BURGESS, District Clerk
                                           Harris County, TEXAS

                                           By _____ . _____ , Deputy

N.INT.CITM.P                                              *73605624*



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84589909 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

For Official Governmental Use Only - Do Not Disseminate to the Public: 84649041 - Page 1 of 1

2019-19321

03-27-19



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$ 3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.45

$ 7.75

7018 2290 0001 3523 5783

RECEIVED
MAR
MAR-2-7 2019
Manuel Urigas
District Clerk

MAR 27 2019

BRANDIN GLIPSY
5900 CANAL STREET
HOUSTON, TEXAS 77011
WHEREVER HE MAY BE FOUND

See Reverse for Instructions

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84649041 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2019-19321



For Official Governmental Use Only - Do Not Disseminate to the Public: 84649038 - Page 1 of 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.45

7.75

7018 2290 0001 3523 5749

HARRIS COUNTY
BY SERVING HARRIS COUNTY
JUDGE LINA HILDALGO
1001 PRESTON, SUITE 911
HOUSTON, TX. 77002

03-27-19

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84649038 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2019-19321

For Official Governmental Use Only - Do Not Disseminate to the Public: 84649037 - Page 1 of 1

7018 2290 0001 3523 5776



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 950

Extra Services & Fees
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.90
$ 8.20

MAR 27 2019

2019-19321

District Clerk

**LYND COMNPANY**
**BY SERVING THE**
**SECRETARY OF STATE**
**30 TRINITY STREET**
**HARTFORD, CT. 06106-1634**

03-27-19

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:       84649037 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 201919321

RECEIPT NO.        75.00    C01

*********

TR # 73605629

| | |
|---|---|
| PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M F) <br> vs. <br> DEFENDANT: TREVINO, SYLVIA | In The   281st <br> Judicial District Court <br> of Harris County, Texas <br> 281ST DISTRICT COURT <br> Houston, TX |

**CITATION**

THE STATE OF TEXAS
County of Harris

**FILED**
Marilyn Burgess
District Clerk
MAR 29 2019
Time: _____
Harris County, Texas
By _____ 3-29-19
Mail Processing Clerk

ENTERED
VERIFIED

TO: TREVINO, SYLVIA
    WHEREVER SHE MAY BE FOUND
    5900   CANAL STREET    HOUSTON TX 77011
Attached is a copy of <u>ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>15th day of March, 2019</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 25th day of March, 2019, under my hand and seal of said Court.

| | |
|---|---|
| <u>Issued at request of:</u> <br> LEWIS, D. A. <br> PO BOX 27353 <br> HOUSTON, TX 77227 <br> Tel: (713) 570-6555 <br> <u>Bar No.:</u> 24076511 | *Mark Burgess* <br> MARILYN BURGESS, District Clerk <br> Harris County, Texas <br> 201 Caroline, Houston, Texas 77002 <br> (P.O. Box 4651, Houston, Texaa 77210) <br> Generated By: MOMON, RHONDA   HWP//11188494 |

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at 11:12 o'clock A .M., on the 26 day of March , 2019 .

Executed at (address) 5900 CANAL in

Harris County at 9:00 o'clock A .M., on the 27 day of March ,

2019 , by delivering to Sylvia Trevino defendant, in person, a

true copy of this Citation together with the accompanying 1 copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this 26 day of March , 2019 .

FEE: $ 75.00

                        Harris County Pct

                        6 of Harris County, Texas

       Affiant                  By Sgt. J. Zach 86508
                                     Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____

                                       Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N.INT.CITR.P               *73605629*

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714203 - Page 1 of 2

**Constable Return of Individual**

Cause #: <u>201919321</u>                    Tracking #: <u>73605629</u>

In the case of <u>JANE DOE (ON BEHALF AND ALSO KNOWN AS M F)</u> VS <u>TREVINO, SYLVIA</u> a <u>CITATION</u> and attached <u>ORIGINAL PETITION</u> was issued by the <u>281st Judicial District</u> court of <u>HARRIS</u> County, <u>TX</u> and came to hand on the <u>26</u> day of <u>March</u>, <u>2019</u> at <u>11:12AM</u> to be delivered at <u>5900 CANAL ST</u>, <u>HOUSTON</u>, Tx <u>77011</u> by delivering to: <u>TREVINO, SYLVIA</u>

**(Attempted service at 5900 CANAL ST, HOUSTON, Tx, 77011 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|------|------|-------------|--------|---------------------|-------------------|---------|
| 3/27/2019 | 9:00:00 AM | Jose Zavala | 6 | SERVED DEFENDANT | 5900 CANAL ST HOUSTON Tx 77011 | |

**Service of Individual**

Executed in <u>HARRIS</u> County, Texas by delivering to each of the within name defendant by <u>PERSONAL</u> ; a true copy of this <u>CITATION</u> together with the accompanying copy of the <u>ORIGINAL PETITION</u>, at the following times and places:

| Name | Date | Time | Full Address of Service |
|------|------|------|------------------------|
| TREVINO, SYLVIA | 3/27/2019 | 9:00AM | 5900 CANAL ST HOUSTON Tx 77011 |

Fee Due $  <u>75.00</u>

by Deputy <u>Jose Zavala - 86S08</u>
Printed

Deputy Signature

Attempts:  <u>0</u>

Total Attempts:  <u>1</u>

**Silvia Trevino , Constable Precinct #6**

**Harris County Texas**

5900 Canal Street
Houston Texas 77011
713.274.3400

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714203 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84714203 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2019.19321

P.19

COUNTY OF HARRIS · STATE OF TEXAS

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK
P.O. Box 4651
HOUSTON, TEXAS 77210-4651


CERTIFIED MAIL

7018 2290 0001 3523 5783

neopost
03/27/2019
US POSTAGE $007.75
FIRST-CLASS MAIL
ZIP 77002
041M12265396

04-01-19

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2019 APR -1 PM 12: 36

28187

Refused
3/29/19

BRANDIN GLIPSY
5000 CANAL STREET
HOUSTON, TEXAS 77011
WHEREVER HE MAY BE FOUND

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *JAN 14 31 #28?*

BRANDIN GLIPSY
5900 CANAL STREET
HOUSTON, TEXAS 77011
WHEREVER HE MAY BE FOUND

9590 9402 4406 8248 6013 04

2. Article Number *(Transfer from service label)*

7018 2290 0001 3523 5783

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

CAUSE NO. 201919321

RECEIPT NO.          75.00    CTM
\*\*\*\*\*\*\*\*\*        TR # 73605631

| | |
|---|---|
| PLAINTIFF: JANE DOE (ON BEHALF AND ALSO KNOWN AS M F)<br>vs.<br>DEFENDANT: TREVINO, SYLVIA | In The    281st<br>Judicial District Court<br>of Harris County, Texas<br>281ST DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: GLIPSY, BRANDIN
     WHEREVER HE MAY BE FOUND

     5900 CANAL STREET    HOUSTON TX 77011

     Attached is a copy of ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE

This instrument was filed on the 15th day of March, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 25th day of March, 2019, under my hand and
seal of said Court.



Issued at request of:
LEWIS, U. A.
PO BOX 27353
HOUSTON, TX 77227
Tel: (713) 570-6855
Bar No.: 24076511

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA EWP//11188494

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____ , _____ , and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____

_____

(a) ADDRESSEE

_____

ADDRESS

Service was executed in accordance with Rule 106
     (2) TRCP, upon the Defendant as evidenced by the
     return receipt incorporated herein and attached
     hereto at

on _____ day of _____ , _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____ , Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 8471417/19

N.INT.CITM.P               \*73605631\*

# 2019-19321 / Court: 281

CAUSE NO._____

| | | |
|---|---|---|
| JANE DOE on behalf of M.F., | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY PRECINCT SIX | § | _____ TH JUDICIAL DISTRICT |
| CONSTABLE SYLVIA TREVINO, | § | |
| BRANDIN GLISPY, and HELIODORO | § | |
| MARTINEZ, | § | |
| In their individual capacities, | § | |
| HARRIS COUNTY, and THE LYND | § | HARRIS COUNTY, TEXAS |
| COMPANY, | § | |
| *Defendants* | § | |
| | § | |

## ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, Jane Doe on behalf and also known as M.F. ("Doe") in

the above-styled and numbered cause, and files this, her Original petition,

complaining of Harris County Constables Sylvia Trevino ("Trevino"), and Heliodoro

Martinez ("Martinez") in their individual capacities and former Harris County

Precinct Six Deputy Constable, Brandin Glispy ("Gilspy"), in his individual capacity

and The Lynd Company ("Lynd") for cause of action would show as follows:

### I. INTRODUCTION

Former Juvenile Detention Officer and Harris County constable sexually assaulted

multiple women, including Pregnant woman during a traffic stop. He was hired by

Constable Heliodoro Martinez, He remained on the job as a Deputy, for Constable

Sylvia Trevino and worked as an off-duty officer for Lynd Property Management,

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 4 of 19

each were aware of the complaints by other women of sexual abuse, but failed to terminate or report him for his proclivities which allowed his spree to continue. Glispy's misdeeds were ultimately reported by his victim herein, he tried and convicted of sexual assault and sentenced to 8 yrs in TDCJ. Glispy is one of two Harris County Precinct Six Deputy Constables recently accused of sexually assaulting woman while acting under the color of law, Edward Joe Mata was the latest deputy indicted. The Plaintiff has suffered extreme pain and suffering, and mental anguish as a result of the defendants actions, and inactions.

## II. JURISDICTION AND VENUE

1.     The subject matter in controversy is within the jurisdictional limits of this court. This court has jurisdiction over the parties because Defendants are Texas residents.

2.     Venue is proper because all Defendants in this action are residents of Harris County, Texas or do business in this State. Venue is also proper because a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in this judicial district—i.e., at 5800 Martin Luther King Drive, Houston, Texas 77021. Therefore, venue is proper.

3.     All conditions precedent to filing this lawsuit have been met.

### III.     PARTIES

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 5 of 19

4. The Plaintiff, M.F., Doe herein is an individual who resides in Harris County, Texas.

5. Defendant, Sylvia Trevino was at all times relevant to this action the duly elected Constable of Harris County Texas. She was employed by Harris County as a Constable of the Harris County Constable's office. Defendant, Sylvia Trevino is sued in her individual capacity, acting under color of law. Constable Trevino is a "person" under 42 U.S.C. § 1983 and at all times relevant to this case acted under color of law. She is a county policy maker with respect to policies, custom, practices and procedures at the Harris County Constable's Office. Defendant, Harris County Constable Sylvia Trevino was acting in the course and scope of her employment with defendant, Harris county as a constable caused the injuries which are the subject of the claim; She may be served with process wherever she may be found.

6. Defendant, Harris County is a unit of local government organized under the laws of the State of Texas. Defendant is a "person" under 42 U.S.C. § 1983 and at all times relevant to this case acted under color of law. Harris County may be served with process by serving the duly elected County Judge of Harris County, Lina Hidalgo, at , Houston, Texas 77002.

7. Defendant, Heliodoro Martinez is a former employee of the Harris County Constable, he is being sued in his individual capacity, as a supervisor, who was acting in the course and scope of his employment with defendant, Harris county. He is an individual while acting under color of law and acting in his individual capacity

For Official Governmental Use Only - Do Not Disseminate to the Public: 8471 4207 - Page 6 of 19

as a deputy constable and supervisor of Brandin Gilspy, acting in the course and scope of his duties caused the injuries which are the subject of the claim; may be served with process wherever he may be found.

8.      Defendant, Lynd Company, is a management company that can is located at 8000 INTERSTATE HIGHWAY 10 #1200 SAN ANTONIO TX; Defendant, Lynd Company may be served with process through its registered agent SECRETARY OF THE STATE, 30 TRINITY STREET, HARTFORD, CT 06106-1634.

9.      Defendant, Brandin Glipsy is a former employee of the Harris County Constable, he is being sued in his individual capacity, who was acting in the course and scope of his employment with defendant, Harris county. He is an individual while acting under color of law and acting in his individual capacity as a deputy constable caused the injuries which are the subject of the claim; may be served with process and may be served with process wherever he may be found.

## IV. FACTS

10.     The Plaintiff was a pregnant mother looking forward to the upcoming birth of her third child.

11.     On or about April 24, 2017 at 9 pm a Harris County Constable Brandin Glispy sexually assaulted the pregnant woman during the course of what was suppose to be a routine traffic stop in Houston in 2017.

12.     Constable Glispy was driving a marked patrol car with insignia of the Constable office.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 7 of 19

13. The driver was advised the reason or purpose for the traffic stop was she had a broken headlight, as is required by law.

14. Rather than give her a ticket he told the expecting mother to stand outside of the vehicle in the 5800 block of Martin Luther King, but eventually allowed to her leave without a ticket or warning.

15. Constable Glispy then stopped her a second time but he saw people milling about so he allowed her to continue on.

16. He stopped her a third time and directed her to a dark secluded gravel lot next to an abandoned building.

17. Concerned but wanting to comply with the officer's command she pulled into the dark parking lot.

18. The officer then used his constable vehicle to obstruct the view of the woman from the street traffic.

19. He exited his vehicle wearing his full uniform, including his gun.

20. He also requested she perform oral sex; however, she refused.

21. Constable Glispy began to frisk the female detainee

22. He became to grope her body then penetrate her vagina.

23. Shocked by what was happening to her she looked for a badge number or name but neither was visible.

24. During the entire exchanged he managed to conceal his name and number badge.

For Official Governmental Use Only - Do Not Disseminate to the Public: 8471A207 - Page 8 of 19

For Official Governmental Use Only - Do Not Disseminate to the Public: 8471 4207 - Page 9 of 19

25. After he was finished, but before he allowed her to leave, he hand wrote his phone number on a piece of paper from his constable notepad and provided it to the pregnant woman.

26. Although she was upset, she gladly accepted his phone number for the purpose of identifying him later.

27. She was allowed to leave without further incident.

28. No arrest, no citation, no paperwork noting that the detention ever took place.

29. The Plaintiff still in shock arrived home and immediately called 911 and reported the sexual assault to the operator.

30. Deputy Glispy was arrested and later charged with sexual assault on July 5, 2017.

31. At trial, a jury sentenced Glispy to eight years in prison.

32. It took less than 3 hours to reach a verdict.

33. According to prosecutors Brandin Glispy assaulted at least two women in the six months he was on the job.

34. There may be more women assaulted by Gilspy, since he worked at the juvenile detention center, and for Houston Housing authority .

35. Gilspy had a reputation around Heatherbrook apartments where he held an off duty extra job assignment of sexually harassing female tenants.

36. Four months earlier in January 2017, the deputy cornered another woman in the restroom of a Popeye's chicken restaurant.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 10 of 19

37.     He sexually assaulted her, and then attempted to force his first known victim to perform oral sex, prosecutors said.

38.     Then she was able to get away, and she testified against Glispy during the punishment phase of his trial for the sexual assault of the Plaintiff.

39.     She also reported his actions to Heatherbrook apartment management, Lynd.

40.     Although the victim in the previous incident of sexual assault reported to Lynd management, nothing was done to Glispy; he was allowed to stay out there and hunt for other women.

41.     The county inaction amounted to ratifying, accepting and condoning the criminal conduct of Glispy.

42.     With a license to continue, Glispy sexually assaulted the pregnant The Plaintiff.

43.     He remained on duty for three additional days after the last allegation.

44.     Lynd Company concealed the sexaul harrasment and assualt allegations against Gilspy, thereby ratifying his conduct.

45.     Defendants are jointly and severally liable for the injuries and damages sustained by Plaintiff.

### V. BRANDIN GLISPY LIABILITY FOR CIVIL RIGHTS VIOLATIONS UNDER SECTION 1983

46.     Plaintiff incorporates herein the facts in the preceding numbered-paragraph four.

47.

## VI. HARRIS COUNTY LIABILITY CIVIL RIGHTS VIOLATIONS UNDER SECTION 1983

48.     Plaintiff incorporates herein the facts in the preceding paragraphs.

49.     Failure to train, or re-train, failure to discipline

### VII. RATIFICATION---HARRIS COUNTY

50.     Plaintiff incorporates herein the facts in the preceding paragraphs.

51.     Harris County fully investigated the sexual assault allegations of Glispy, including the assault in January 2017 in the Popeye's restaurant, yet it did nothing to discipline any of their employees involved.

52.     Despite certainly knowing of the outrageous behavior of Brandin Glispy sexually assaulting and stalking another female nothing was done to discipline anyone involved thereby constituting ratification of the actions and inactions.

## VIII. HARRIS COUNTY'S LIABILITY UNDER MONELL CLAIM, CUSTOM, POLICY, PATTERN AND PRACTICE

53.     Plaintiff incorporates herein the facts in the preceding paragraphs.

54.     Brandin Glispy committed the same type of wrongful sexual conduct and had the propensity for engaging in future sexual misconduct.

55.     Harris County was informed of the previous sexual assault in the Popeye's Restaurant and did nothing to Brandin Glipsy in January 2017 when they were informed and placed on notice of the first sexual assault.

56.     Yet, Harris county did nothing to Brandin Gilspy; resulting in the additional sexual assaults. Harris County ratified and condoned the sexual conduct of Constable Glispy.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 11 of 19

57. Harris County has a custom, policy, practice and procedure of:

condoning criminal conduct of its deputies including the stopping and frisking of citizens, without probable cause or a reasonable suspicions of a criminal violation of the law or the sexual misconduct.

58. Failing to adequately train or re-train or regularly train in its constables in conducting traffic stops, permissible searches and seizures, impremissible searches and seizures.

59. Allowing deputies accused of sexual misconduct to continue to work as deputies.

60. Hiring unqualified deputies or deputy's with a propensity to violate Constitutional rights.

61. Failing to have the proper policies in place to prevent the constitutional violations suffered by Plaintiff as herein described;

62. Multiple instances of sexual misconduct by Harris County and the constables and deputies of the Harris County Constable's establishes that Harris County is legally responsible for the continuous conduct of Brandin Glispy.

63. Conduct that Harris County was on notice of prior sexual assaults claims against its Constable Brandin Glispy.

IX. HARRIS COUNTY CONSTABLE SYLVIA TREVINO'S SUPERVISOR LIABILITY

64. Plaintiff incorporates herein the preceding facts in preceding paragraphs.

65. The following acts or omissions of supervisor, Constable Sylvia Trevino violated The Plaintiff's constitutional rights:

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 12 of 19

66.     She participated directly in the alleged constitutional violation by failing to train and re-train her deputies authorizing the illegal traffic stop frisking of The Plaintiff;

67.     Constable Trevino failed to remedy the wrong after being informed of the prior violations by Glispy;

68.     She created promulgated a policy and custom under which unconstitutional practices occurred the stop and frisk in a routine traffic stop, the failure to train and discipline for sexual misconduct , or allowed the continuance of such a policy or custom;

69.     Constable Sylvia Trevino grossly failed to adequately supervise subordinate, Brandin Glispy, who committed the wrongful acts including the traffic stop and frisk without the requisite level of reasonable suspicion, and resulting in the commission of the  sexual acts; or

70.     She exhibited deliberate indifference to the rights of the plaintiff by failing to act on information indicating that unconstitutional acts were occurring specifically, information of the prior sexual assault of  the first female victim by Harris County Constable Brandin Glispy  at the Popeye's Restaurant, in January 2017, resulting in the subsequent sexual assault of the Plaintiff.

### X. HARRIS COUNTY CONSTABLE  HELIODORO MARTINEZ' SUPERVISOR LIABILITY

71.     Plaintiff incorporates herein the facts in  the preceding paragraphs.

*FAILURE TO TRAIN, RETRAIN OR DISCIPLINE & SUPERVISOR LIABILITY*

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 13 of 19

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 14 of 19

72.     Martinez as policymaker and supervisor of Defendant, Gilsy, he failure to provide the proper training to the deputy personnel is actionable as the cause of harm to plaintiff. A municipality's policy of failure to train" his personnel can give rise to liability under 42 U.S.C. § 1983.52.

73.     Plaintiff incorporates herein the facts in preceding paragraphs.

74.     The following acts or omissions of immediate supervisor, Harris County Constable Heliodoro Martinez violated Mrs. The Plaintiff's constitutional rights:

75.     He participated directly in the alleged constitutional violation by failing to adequately train, regularly train, failure to hire qualified constable;

76.     Failed to remedy the wrong after being informed of the violation  prior violations, involving sexual assaults by Constable Glispy, including one in January 2017;

77.     Constable Martinez created a policy or custom under which unconstitutional practices occurred the stop and frisk in a traffic stop without any reasonable suspicion or probable cause for the stop,

78.     The failure to train and discipline for sexual misconduct), or allowed the continuance of such a policy or custom;

79.     Constable Heliodoro Martinez was grossly negligent in supervising subordinates (Brandin Glispy) who committed the wrongful acts; or

80.     He exhibited deliberate indifference to the rights of the plaintiff by failing to act on information indicating that unconstitutional acts were occurring  prior

violations, involving sexual assaults by Constable Glispy, including one in January 2017;

81.     Constable Martinez failed to remedy the wrong after being informed of the prior violations, involving sexual assaults by Constable Glispy, including one in January 2017;

82.     He created a policy or custom under which allowed the unconstitutional practices occurred the stop and frisk in a traffic stop without any reasonable suspicion or probable cause for the frisk by a male officer on a female detainee, the failure to train and discipline for sexual misconduct , or allowed the continuance of such a policy or custom;

83.     The actions of each Defendants was the 'moving force' behind the constitutional violation suffered by Plaintiff.

## XII. LIABILITY OF LYND COMPANY NEGLIGENCE/GROSS NEGLIGENCE

84.     Plaintiff incorporates herein the facts in the preceding paragraphs.

85.     Defendant, Lynd Company had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to the facts described herein.

86.     The Plaintiff injuries were proximately caused by Defendant's negligent, careless, reckless and outrageous behavior of its agent Benita Albert.

87.     Benita Albert an agent of Lynd Company tasked with the responsibility of managing Heatherbrook apartment was aware of Gilspy's abhorrent behavior but

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 15 of 19

did nothing to stop it, prevent it, or report it. Lynd assisted him a by concealing his predatory actions after her tenant, Ms. Regains reported him to her management company employee Albert.

88.     Lynd owed a duty to the general public including the Plaintiff to warn about its off duty officer's criminal behavior.

## XIII. DEMAND FOR JURY TRIAL

89.     Plaintiff hereby demands a trial by jury pursuant to FRCP 5(d) and 38(b).

## XIX. REQUEST FOR DISCLOSURE PURSUANT TO TEX. R. CIV. PROC. RULE 194

90.     Plaintiff seeks disclosures from each defendant in this case.

## XX. DAMAGES

91.     As a result of Defendant's conduct, Plaintiff seek relief for damages which includes, but is not limited to: (1) compensatory damages, actual damages, general damages against each Defendant, jointly and severally, in the amount proven at trial.

92.     Plaintiff seeks  (2) punitive damages as allowed by law, (3) court costs, expenses, expert witness fees and attorney's fees under Texas Civil Practice and Remedies Code and 42 U.S.C. §§ 1988 and 1983; (4) prejudgment and postjudgment interest as allowed by law; and (5) such other relief, legal or equitable, as may be warranted or to which Plaintiff is entitled.

93.     Harris county be made to apologize and to promulgate, adopt, train, maintain and enforce appropriate policies to prevent future instances of the type of sexual

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 16 of 19

misconduct described herein; (6) Mental Anguish suffered by The Plaintiff during the sexual assault until the present; (7) Mental Anguish sustained by Plaintiff's children as a result of the sexual assault of his daughter including, but not limited to pain, the emotional pain, torment, and suffering that Plaintiff, would, in reasonable probability experience from the incident.

94. Physical pain and suffering sustained by The Plaintiff from the time of the sexual assault to its conclusion;

95. Reasonable and necessary medical expenses, from the time of the incident.

## XXI. PUNITIVE DAMAGES

96. Plaintiff request punitive damages against Harris County Constable, Sylvia Trevino, Brandi Gilspy, Heliodoro Martinez, Lynd Company in amount be determined at trial; Punitive damages based on the willful, reckless and malicious conduct of defendants. The acts were done recklessly or with callous indifference to the constitutionally protected rights of Plaintiff.

97. Plaintiff sexual assault resulted from the joint and several acts of Defendants for which Plaintiff seeks punitive damages from Harris County, Harris County Constable, Sylvia Trevino in an amount appropriate to punish each individual Defendant, and deter others from engaging in similar conduct; Award punitive damages against Sylvia Trevino, Harris County Constable and Harris County and Lynd Company in an amount shown at trial.

## XIII. PRESERVATION OF EVIDENCE/SPOLIATION NOTICE

For Official Governmental Use Only - Do Not Disseminate to the Public: 8471420 7 - Page 17 of 19

For Official Governmental Use Only - Do Not Disseminate to the Public: 84714207 - Page 18 of 19

98.     Plaintiff sent a letter of preservation on or about March 14, 2019, and hereby request and demand that Defendant's preserve and maintain all evidence pertaining to any claim or defense related to the incident made the basis of this lawsuit, or the damages resulting therefrom. Failure to maintain such items shall constitute a "spoliation" of the evidence.

## XIV.   PRAYER

99.     WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully pray that Defendants Brandin Glispy, Sylvia Trevino, Heliodoro Martinez, Harris County Constables, appear and answer herein, and that upon a final hearing of this cause, that judgment be entered for the Plaintiff and against Defendants, both jointly and severally, for all damages requested herein, together with prejudgment and post-judgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which Plaintiff may be entitled at law or in equity.

100.    Punish each individual Defendant, and deter others from engaging in similar conduct;

101.    Plaintiff asserts that her sexual assault  was the result of government actors, Sylvia Trevino, Brandin Glispy, Heliodoro Martinez, Harris County Constables, Harris County and its Policy makers and the  harm suffered was the result of Defendants' willful, reckless, malicious conduct motivated by evil motive or intent, or done recklessly or with callous indifference to the constitutionally protected rights of Plaintiff, and hereby entitles Plaintiff to punitive/exemplary damages.

Equitable relief, including, without limitation, that Harris County and Constables Trevino, Glispy and Martinez be made to apologize and to promulgate, adopt, train, maintain and enforce appropriate policies to prevent future instances of the type of sexual misconduct described herein; Such other relief, including injunctive and/or declaratory relief, as the court may deem proper.

Respectfully Submitted,
The Lewis Law Group, PLLC
By: /s/ U.A. Lewis
U.A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
Email: myattorneyatlaw@gmail.com
Attorney-in-charge

/s/Debra V. Jennings
Debra V. Jennings
SBN: 10631850
Law Office of Debra V. Jennings
Debra V. Jennings
6140 HWY 6, # 269
Missouri City, Texas 77459
Telephone (832) 230-4455
Facsimile: (832) 230-4452
Email: lawyerdvj@yahoo.com

For Official Governmental Use Only - Do Not Disseminate to the Public: 8471420 7 - Page 19 of 19



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 9, 2019

Certified Document Number:        84714207 Total Pages:  19

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**