UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jane Doe, on behalf of M.F.<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:19–cv–01297 |
| vs. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| Harris County Precinct Six Constable<br>Sylvia Trevino, et al.<br>Defendant. | §<br>§<br>§<br>§ | |

NOTICE OF RESETTING

Take notice that the Motion Hearing set for 01/14/2020, has been RESET as follows:

Wednesday, January 15,2020, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002